IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT E. TALIAFERRO, JR.,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                12-cv-921-bbc

RANDALL HEPP, CAPT. FOSTER and
CO II HALE,

        Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Robert E. Taliaferro, Jr. leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_               5/9/2013

Peter Oppeneer, Clerk of Court        Date